UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHANTA MARSHALL,

       Plaintiff,

- against -

**JUDGMENT**
15-CV-6808 (RRM) (LB)

AFRICA MARSHALL,
a/k/a AFRICAN MARSHALL,
a/k/a AFRICAN SARAC-MARSHALL,

       Defendant.
------------------------------------------------------------X

A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendant without prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed without prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       January 29, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge